IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TOM HAMMOND, et al, | : | |
| | : | |
| Plaintiffs, | : | 08-cv-6060-RMB |
| | : | ECF Case |
| vs. | : | |
| | : | MOTION TO ADMIT COUNSEL |
| THE BANK OF NEW YORK MELLON | : | |
| CORPORATION, et al., | : | *PRO HAC VICE* |
| | : | |
| Defendants. | : | |
| | : | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Judith Scolnick, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

> Joseph G. Sauder, Esquire
> Chimicles & Tikellis LLP
> 361 W. Lancaster Avenue
> Haverford, PA  19041
> Telephone:  (610) 642-8500
> Facsimile:  (610) 649-3633
> Email Address:  josephsauder@chimicles.com

Joseph G. Sauder is a member in good standing of the Bars of the State of New Jersey and the Commonwealth of Pennsylvania. Certificates of Good Standing are attached. There are no pending disciplinary proceedings against Joseph G. Sauder in any State or Federal court.

Dated: August 1, 2008      Respectfully submitted,
      New York, New York

                    By: _____
                           Judith Scolnick (JS0827)
                           SCOTT + SCOTT LLP
                           29 West 57th Street
                           New York, NY  10019
                           Telephone: (212) 223-6444
                           Facsimile: (212) 223-6334

                           *Attorney for Plaintiffs*

- 2 -

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* and Affidavit in Support of Motion was served on August 1, 2008, via REGULAR MAIL on the following:

Doug Rennie
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299

                                                Judith Scolnick (JS0827)
SCOTT + SCOTT LLP
29 West 57th Street
New York, NY 10019

*Attorney for Plaintiffs*



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

*Joseph G. Sauder, Esq.*

**DATE OF ADMISSION**

*November 9, 1998*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: July 9, 2008

_____
John W. Person, Jr., Esq.
Deputy Prothonotary

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **JOSEPH G SAUDER** (No. **030791998**) was constituted and appointed an Attorney at Law of New Jersey on **December 24, 1998** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **14TH** day of **July**, 20 **08**

*Clerk of the Supreme Court*

-453a-

- 3 -

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| TOM HAMMOND, et al, | : | |
| Plaintiffs, | : | 08-cv-6060-RMB |
| | : | ECF Case |
| vs. | : | |
| | : | **AFFIDAVIT OF JUDITH SCOLNICK** |
| THE BANK OF NEW YORK MELLON | : | **IN SUPPORT OF MOTION TO ADMIT** |
| CORPORATION, et al., | : | **COUNSEL *PRO HAC VICE*** |
| | : | |
| Defendants. | : | |
| | : | |

State of New York    )
                     )   ss:
County of New York   )

Judith Scolnick, being duly sworn, hereby deposes and says as follows:

1. I am of counsel at Scott + Scott, LLP, counsel for Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Joseph G. Sauder as counsel *pro hac vice* to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1981. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Sauder is a member of the law firm of Chimicles & Tikellis LLP, in Haverford, Pennsylvania. I have worked closely with Mr. Sauder on the development of the complaint in this case and participated in many conference calls with him to discuss theories of the case and litigation strategy.

4. I have found Mr. Sauder to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Joseph G. Sauder, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission of Joseph G. Sauder, *pro hac vice*, which is attached hereto as Exhibit A.


- 4 -

WHEREFORE, it is respectfully requested that the motion to admit Joseph G. Sauder, *pro hac vice*, to represent Plaintiffs in the above-captioned matter, be granted.

Dated: 8-1-08
New York, New York

Respectfully submitted,

_____
Judith Scolnick (JS0827)

Subscribed and sworn to before me this

1st day of August, 2008.

_____
Notary Public

ANN E. SLAUGHTER
Notary Public-State of New York
No. 01SL6183108
Qualified in Bronx County
Commission Expires March 10, 2012

- 4 -

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

TOM HAMMOND, et al,

        Plaintiffs,

vs.

THE BANK OF NEW YORK MELLON CORPORATION, et al.,

        Defendants.

08-cv-6060-RMB
ECF Case

**ORDER FOR ADMISSION**
*PRO HAC VICE*
**ON WRITTEN MOTION**

Upon the motion of Judith Scolnick, attorney for Plaintiffs Tom Hammond, William H. Wicks, and Linda Young, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

    Joseph G. Sauder, Esquire
    Chimicles & Tikellis LLP
    361 W. Lancaster Avenue
    Haverford, PA  19041
    Telephone:  (610) 642-8500
    Facsimile:  (610) 649-3633
    Email Address:  josephsauder@chimicles.com

is admitted to practice *pro hac vice* as counsel for Plaintiffs Tom Hammond, William H. Wicks, and Linda Young in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____, 2008
       New York, New York

                                                United States District/Magistrate Judge

**FOR OFFICE USE ONLY:  FEE PAID $**_____  **SDNY RECEIPT#**_____
SDNY Form Web 10/2006