SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

TOM HAMMOND, et al,

    Plaintiffs,

vs.

THE BANK OF NEW YORK MELLON CORPORATION, et al.,

    Defendants.

08-cv-6060-RMB
ECF Case

**ORDER FOR ADMISSION**
*PRO HAC VICE*
**ON WRITTEN MOTION**

Upon the motion of Judith Scolnick, attorney for Plaintiffs Tom Hammond, William H. Wicks, and Linda Young, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

    Joseph G. Sauder, Esquire
    Chimicles & Tikellis LLP
    361 W. Lancaster Avenue
    Haverford, PA 19041
    Telephone: (610) 642-8500
    Facsimile: (610) 649-3633
    Email Address: josephsauder@chimicles.com

is admitted to practice *pro hac vice* as counsel for Plaintiffs Tom Hammond, William H. Wicks, and Linda Young in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: **August 11**, 2008
New York, New York

*Richard M. Berman*
United States District ~~Magistrate~~ Judge

---

**FOR OFFICE USE ONLY: FEE PAID $_____   SDNY RECEIPT#_____**
SDNY Form Web 10/2006