UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
                                                    :
TOM HAMMOND, WILLIAM H. WICKS, and  :   Civil Action No.:  08 cv 6060 (RMB)
LINDA YOUNG, on behalf of themselves and all :
others similarly situated,                          :
                                                    :
                    Plaintiffs,                     :
                                                    :   **NOTICE OF APPEARANCE**
                                                    :
    against                                         :
                                                    :
THE BANK OF NEW YORK MELLON                         :
CORPORATION, and JOHN DOES 1-20,                    :
                                                    :
                    Defendants.                     :
_____ :

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that the undersigned counsel, of the law firm of Proskauer Rose LLP, hereby makes his appearance as counsel of record for Defendant The Bank of New York Mellon Corporation in this action.  The undersigned counsel certifies that he is admitted to practice before this Court.

Dated: August 15, 2008

                                PROSKAUER ROSE LLP


                                By:   /s/Stephen L. Ratner
                                      Stephen L. Ratner

                                Proskauer Rose LLP
                                1585 Broadway
                                New York, NY  10036
                                Tel. (212) 969-3000
                                Fax (212) 969-2900
                                Email : SRatner@proskauer.com

                                *Attorneys for Defendant*
                                *The Bank of New York Mellon Corporation*