UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

TOM HAMMOND, WILLIAM H. WICKS, and : Civil Action No.: 08 cv 6060 (RMB)
LINDA YOUNG, on behalf of themselves and all
others similarly situated,

                Plaintiffs,

                **NOTICE OF APPEARANCE**

   against

THE BANK OF NEW YORK MELLON
CORPORATION, and JOHN DOES 1-20,

                Defendants.
_____

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that the undersigned counsel, of the law firm of Proskauer Rose LLP, hereby makes her appearance as counsel of record for Defendant The Bank of New York Mellon Corporation in this action. The undersigned counsel certifies that she is admitted to practice before this Court.

Dated: August 15, 2008

                PROSKAUER ROSE LLP

                By: /s/Margaret A. Dale
                    Margaret A. Dale

                Proskauer Rose LLP
                1585 Broadway
                New York, NY  10036
                Tel. (212) 969-3000
                Fax (212) 969-2900
                Email : MDale@proskauer.com

                *Attorneys for Defendant*
                *The Bank of New York Mellon Corporation*