UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TOM HAMMOND, WILLIAM H. WICKS, and : Civil Action No.: 08 cv 6060 (RMB)
LINDA YOUNG, on behalf of themselves and all :
others similarly situated, :
                 Plaintiffs, :
                  : **NOTICE OF APPEARANCE**
  against :

THE BANK OF NEW YORK MELLON :
CORPORATION, and JOHN DOES 1-20, :
               Defendants. :

---

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that the undersigned counsel, of the law firm of Proskauer Rose LLP, hereby makes his appearance as counsel of record for Defendant The Bank of New York Mellon Corporation in this action. The undersigned counsel certifies that he is admitted to practice before this Court.

Dated: August 15, 2008

                              PROSKAUER ROSE LLP

                              By: /s/Douglas C. Rennie
                                  Douglas C. Rennie

                              Proskauer Rose LLP
                              1585 Broadway
                              New York, NY 10036
                              Tel. (212) 969-3000
                              Fax (212) 969-2900
                              Email : DRennie@proskauer.com

                              *Attorneys for Defendant*
                              *The Bank of New York Mellon Corporation*