UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

TOM HAMMOND, WILLIAM H. WICKS, and :     Civil Action No.:  08 cv 6060 (RMB)
LINDA YOUNG, on behalf of themselves and all :
others similarly situated,

                          Plaintiffs,

       against                                **RULE 7.1**
**DISCLOSURE STATEMENT**

THE BANK OF NEW YORK MELLON
CORPORATION, and JOHN DOES 1-20,

                       Defendants.

———————————————————————

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

Defendant The Bank of New York Mellon Corporation ("BNY Mellon"), certifies that BNY

Mellon has no parent corporation and BNY Mellon is not aware of any publicly held

corporations that own 10% or more of its stock.

Dated: August 15, 2008

                                      PROSKAUER ROSE LLP


                                      By:    /s/Douglas C. Rennie
                                         Stephen L. Ratner
                                         Margaret A. Dale
                                         Douglas C. Rennie

                                 Proskauer Rose LLP
                                 1585 Broadway
                                 New York, NY  10036
                                 Tel. (212) 969-3000
                                 Fax (212) 969-3000

                                 *Attorneys for Defendant*
                                 *The Bank of New York Mellon Corporation*