USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/08

Berman/J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOM HAMMOND, WILLIAM H. WICKS, and LINDA YOUNG, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br> against<br><br>THE BANK OF NEW YORK MELLON CORPORATION, and JOHN DOES 1-20,<br><br>      Defendants. | Civil Action No.: 08 cv 6060 (RMB)<br><br>**STIPULATION & ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, that the time for Defendant The Bank of New York Mellon Corporation ("BNY Mellon") to move against, answer, or otherwise respond to Plaintiffs' Complaint is hereby extended up through and including September 12, 2008. The current date for BNY Mellon to move against, answer, or otherwise respond to Plaintiffs' Complaint is September 2, 2008. This is the first request for an extension of this deadline.

1

This Stipulation may be executed in counterparts and may contain facsimile or scanned signatures, each of which shall be deemed an original.

*See Court's rules regarding the filing of motions.*

Dated: August 15, 2008.

| CHIMICLES & TIKELLIS, LLP | PROSKAUER ROSE LLP |
|---|---|
| By: *[signature]* <br> Benjamin F. Johns | By: *[signature]* <br> Douglas C. Rennie |
| 361 West Lancaster Avenue <br> Haverford, PA 19041 <br> Tel. (610) 642-8500 <br> Fax (610) 649-3633 | Proskauer Rose LLP <br> 1585 Broadway <br> New York, NY 10036 <br> Tel. (212) 969-3000 <br> Fax (212) 969-2900 |
| *Attorneys for Plaintiffs* <br> *Tom Hammond, William H. Wicks,* <br> *and Linda Young* | *Attorneys for Defendant* <br> *The Bank of New York Mellon Corporation* |

SO ORDERED:

*Richard M. Berman*
United States District Judge

8/18/08

2