UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
HAMMOND, et al.,

                               Plaintiffs,

        - against -

THE BANK OF NEW YORK MELLON
CORPORATION,

                              Defendant.
-------------------------------------------------------------x



08 Civ. 6060 (RMB) (RLE)

**ADMINISTRATIVE ORDER**

       For the reasons set forth on the record at the conference before the Court on April 14, 2009, Defendant's motion to dismiss [#26] is dismissed without prejudice.

**SO ORDERED**.

Dated: New York, New York
       April 14, 2009

                                                                            Richard M. Berman, U.S.D.J.