USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-22-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

TOM HAMMOND, et al.,
:
:
                              Plaintiffs,          :          **MEMORANDUM**
:          **OPINION AND ORDER**
            - against -                                :
:          **08 Civ. 6060 (RMB) (RLE)**
THE BANK OF NEW YORK MELLON            :
CORPORATION, et al.,                                 :
:
                              Defendants.        :
_____

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a telephonic conference with the Court on June 19, 2009, and having

considered the written submissions of the Parties,

**IT IS HEREBY ORDERED** that Plaintiffs' request for further information regarding

internal and external investigations related to the incident at issue in this case is **DENIED,**

**without prejudice**. Defendants have asserted that this information is covered by the work

product doctrine. Plaintiffs argue that despite the protections, they should be provided with

certain of these documents because they meet the "substantial need" and "undue hardship" tests.

The Court finds that Plaintiffs have failed to show that they have not been provided with the

factual information underlying any investigation by Defendants. Moreover, the Court concludes

that Plaintiffs have had a fair opportunity to conduct their own investigation.

**SO ORDERED this 22nd day of June 2009**
**New York, New York**

**The Honorable Ronald L. Ellis**
**United States Magistrate Judge**