UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TOM HAMMOND, et al.,

                     Plaintiffs,

            - against -

THE BANK OF NEW YORK MELLON
CORPORATION, et al.,

                    Defendants.
------------------------------------------------------------x

08 Civ. 6060 (RMB) (RLE)

**ADMINISTRATIVE ORDER**

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 10/29/09]

      For the reasons stated at the conference held before the Court on October 29, 2009, it is hereby

      **ORDERED**, that Defendants' Motion to Dismiss [#51] and Plaintiffs' Motion for Class Certification [#57] are dismissed without prejudice.

**SO ORDERED.**

Dated: New York, New York
       October 29, 2009

                                                       /s/ RMB
                                           Richard M. Berman, U.S.D.J.